United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TAYLOR MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:25-CV-03572** |
| | § | |
| **AIR TECHS OF HOUSTON LLC D/B/A AIR TECH OF HOUSTON AC & PLUMBING LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | | |

**ORDER OF DISMISSAL**
**ON STIPULATION OF DISMISSAL WITH PREJUDICE**

After considering Plaintiff Taylor Moore and Defendant Air Techs of Houston LLC d/b/a Air Tech of Houston AC & Plumbing LLC's (the "Parties") Stipulation of Dismissal with Prejudice ("Stipulation"), the Court

GRANTS the Stipulation and dismisses the case with prejudice.

SIGNED on July 31, 2026.

U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

Austin Stelter
Austin Stelter (Jul 30, 2026 15:41:55 CDT)
Austin Stelter
State Bar No. 24136409
SPITZ, THE EMPLOYEE'S LAW FIRM
3 Summit Park Drive Suite 200
Independence, OH 44131
Telephone: (281) 397-3475
Facsimile: (216) 291-5744
Email: austin.stelter@spitzlawfirm.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Robert K. Radcliff*
Robert K. Radcliff
State Bar No. 24011170
WEINSTEIN RADCLIFF PIPKIN LLP
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
Telephone: (214) 865-6126
Facsimile: (214) 865-6140
Email: rradcliff@weinrad.com

**ATTORNEYS FOR DEFENDANT**